United States District Court
Southern District of Texas
**ENTERED**
August 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTHONY JONES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-20 |
| | § | |
| CHEVRON U.S.A. INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On this day came on to be heard the Unopposed Motion to Dismiss Defendant, Empire Scaffold, L.L.C., Without Prejudice (Dkt. 24), filed by Plaintiff, Anthony Jones. After considering the arguments set forth therein, and noting that the matter is unopposed, the Court **GRANTS** Plaintiff's Unopposed Motion to Dismiss Defendant, Empire Scaffold, L.L.C., **WITHOUT PREJUDICE**.

It is therefore, **ORDERED**, **ADJUDGED**, **AND DECREED** that Defendant, Empire Scaffold, L.L.C., is hereby **DISMISSED** from this matter without prejudice.

SIGNED at Galveston, Texas, this 15th day of August, 2016.

George C. Hanks Jr.
United States District Judge