United States District Court
Southern District of Texas
**ENTERED**
January 03, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **ANTHONY JONES** | § | **C.A. No. 3:16-cv-00020** |
| | § | |
| **VS.** | § | **ADMIRALTY** |
| | § | |
| **CHEVRON U.S.A. INC., DANOS & CUROLE MARINE CONTRACTORS, INC., FLOATEL VICTORY LTD., and EMPIRE SCAFFOLD, L.L.C.** | § § § § | |

**ORDER**

After considering Plaintiff, Anthony Jones', and Defendants, Floatel Victory Ltd.'s and Chevron U.S.A. Inc.'s, Joint Motion to Dismiss in the above-referenced matter, the Court finds that it should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims of Plaintiff, Anthony Jones, against Defendants, Floatel Victory Ltd. and Chevron U.S.A. Inc., are hereby dismissed, with prejudice, with each party to bear its owns costs.

**SIGNED** this 3rd day of Jan, 2018.

**U.S. DISTRICT JUDGE**



3057588-1